IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES MCINNIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 08-211-SLR |
| | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 29th day of April, 2008,

the court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that:

1. The application is DENIED based on plaintiff's reported annual compensation of $34,584.00. (D.I. 1)

2. The plaintiff shall pay the $350.00 filing fee within thirty days from the date this order is sent, or the case shall be dismissed.

                                                                _____
                                                                 United States District Judge