IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JAMES MCINNIS,                          )
                                        )
          Plaintiff,                    )
                                        )
     v.                                 )     Civ. No. 08-211-SLR
                                        )
COMMISSIONER OF SOCIAL                  )
SECURITY ADMINISTRATION,                )
                                        )
          Defendant.                    )

## ORDER

At Wilmington this 18th day of June, 2008, IT IS ORDERED that:

Plaintiff, James McInnis was denied leave to proceed in forma pauperis.  On

April 28, 2008, this court entered an order requiring plaintiff to pay the filing fee in full by

June 9, 2008, or the case would be dismissed.

The time has lapsed and plaintiff has not complied with the court's April 29,2008

order.  Therefore, plaintiff's complaint is **dismissed without prejudice**.

UNITED STATES DISTRICT JUDGE